REPORT: BRADYLIST

BRADY LIST FOR OFFICERS WITH    ALL    CCN NUMBER    JAN 0 6 2014
ALL CASES

## FL01743    ALVAREZ, JEFFERSON

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 07/14/2011 | | SPU | SCHULSON, DAVID | Fort Lauderdale Officer Jefferson Alvarez has been charged with Perjury and Falsifying Records. On September 20, 2012, a jury found him guilty as to both charges. On November 19, 2012, he was sentenced to a Withheld adjudication and 3 years probation with a special condition of 25 hours commuity servce per month. under case number 11-5302CF10A/ SP11-07-055. |

## PP00429    ARCURI, JENNIFER

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 04/05/2011 | | HTU | ROSSMAN, GREGG | Pembroke Pines Police Officer Jennifer Arcuri is the subject of a Grand Jury Review wherein a person died as a result of police action. |

## BS09187    ARIAS, EDWIN

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 07/27/2004 | | SPU | ZIMET, DEBORAH | Edwin Arias pled no contest to three counts of Falsifying Records by falsifying police reports under case number 05-9822CF10A. |

## SP00190    BAKER, RONALD

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 11/12/2008 | | SBU | VIAMONTES, FRANCIS | Ronald Baker is charged with Sexual Battery in case number 08-19713CF10A refiled to 12-5496CF10a. On June 15, 2012, a jury found Guilty of Sexual Battery and sentenced to thirty (30) years Florida State Prison. |

## PB01046    BARBER, SHAWN  T

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 06/24/2010 | | SPU | DONNELLY, TIMOTHY | Deputy Shawn Barber was convicted of Grand Theft and Filing a False Insurance Fraud in Palm Beach County. On January 27, 2012, he was sentenced to 30 days jail, 3 years probation plus a fine of $5,000.00 and restitution. |

REPORT: BRADYLIST

BRADY LIST FOR OFFICERS WITH    ALL    CCN NUMBER
ALL  CASES

## BS11614      BENENATI, CHRISTIAN

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 06/14/2012 | 11/20/2012 | SPU | DONNELLY, TIMOTHY | Broward Sheriff's Deputy Christian Benenati was arrested and charged with Solicitation for Lewd Act under Sp12-06-061/12-1231IMM10A. On November 20, 2012, he pled No Contest and adjudication was withheld and sentenced to 6 months probation. See memo attached.<br><br>Off Brady : Broward Sheriff's Deputy Christian Benenati was arrested and charged with Solicitation for Lewd Act under Sp12-06-061/12-12311MM10A. On November 20, 2012, he pled No Contest and adjudication was withheld and sentenced to 6 months probation. See memo attached. |

## LH00401      BIEGER, K

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 11/14/2011 | | SPU | DONNELLY, TIMOTHY | Lauderhill Officer Kristopher Bieger has been arrested for Attempt Murder and Discharging his Firearm from Vehicle under case number 11-18682CF10A. |

## BS11948      BLEIWEISS, JONATHAN

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 07/13/2009 | | SPU | DONNELLY, TIMOTHY | Deputy Jonathan Bleiweiss has been arrested and charged with multiple counts of Armed False Imprisonment and Armed Sexual Battery. Case numbers include 09-16755CF10A, 09-17147CF10A, 09-15881CF10A, 09-16345CF10A, 09-15777CF10A, and 09-14422CF10A. |

## MG01184      BOTTING, SCOTT

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 08/12/2013 | | SPU | SCHULSON, DAVID | Margate Police Officer Scott Botting is the subject of an investigation regarding allegations of Interception and Disclosure of Wire, Oral or Electronic Communication under SP13-08-043. |

## BS14231      BRINDLE, JOHN

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 01/29/2013 | | SPU | DONNELLY, TIMOTHY | Broward Sheriff's Deputy John Brindle was arrested and charged with one count of Possession of Oxycodone under SP13-01-008/ 13-1256CF10A.. |

REPORT: BRADYLIST

BRADY LIST FOR OFFICERS WITH   ALL   CCN NUMBER
ALL CASES

## BS16126   BRODERICK, DAVID

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 02/15/2011 | 11/13/2012 | DVU | MURPHY, SARAHNELL | David Broderick has been charged with Aggravated Battery/Pregnant Female and Felony Battery under case number 11-4986CF10A. On November 13, 2012 He pled to Battery Adjudication was withheld, 12 months probation and 13 weeks of Anger management program. |

## HD06111   BUCKLEY, RAYMOND

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 02/04/2013 | | HTU | ROSSMAN, GREGG | Hallandale Police Officer Raymond Buckley is the subject of a Grand Jury Review wherein a person died as a result of police action. |

## BS11887   CAMPBELL, SHANE

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 07/27/2004 | | SPU | ZIMET, DEBORAH | Shane Campbell was found Guilty by a jury of Falsifying Records under case number 06-14467CF10A. |

## BS08788   CARDARELLI, ANDREW J

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 09/25/2013 | | HTU | ZACCOR, STEPHEN | Broward Sheriff's Deputy Andrew Cardarelli is the subject of a Grand Jury Review wherein a person died as a result of police action. |

## HD06064   CHURCH, TIMOTHY

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 02/04/2013 | | HTU | ROSSMAN, GREGG | Hallandale Police Sgt. Timothy Church is the subject of a Grand Jury Review wherein a person died as a result of police action. |

## LP00319   COLE, SETH

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 04/12/2012 | | SPU | DONNELLY, TIMOTHY | Lighthouse Point Police Officer Seth Cole is the subject of an investigation conducted by the Houston County, Alabama Sheriff's Office. |

## HW01686   COMPANION, KEVIN

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 02/23/2007 | | FTU | MARCUS, JEFF | Kevin Companion was sentenced to federal prison. |

REPORT: BRADYLIST

BRADY LIST FOR OFFICERS WITH    ALL    CCN NUMBER
ALL  CASES

## OP01604    COSTANZO, ANTHONY

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 01/30/2012 | | SPU | NEWMAN, STEFANIE | Broward Sheriff's Office Deputy Anthony Costanzo has been arrested on charged of Tampering with a Witness, Tampering with Evidence, Disclosure of Confidential Information and Felony Use of a Two Way Communication Device under SP12-01-008/ 12-7314CF10A.  On July 13, 2013, a Jury found him guilty of Count 2, Tampering with Evidence. |

## HW02138    COURTNEY, JEFFREY

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 02/23/2007 | | FTU | MARCUS, JEFF | Jeffrey Courtney was sentenced to federal prison. |

## SN03581    CRAWFORD, GORDON B

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 07/14/2011 | | SPU | CAVANAGH, BRIAN | Sunrise Police Officer Gordon Crawford is the subject of a Grand Jury Review wherein a person died as a result of police action. |

## CK14333    CUDDEBACK, CURTIS

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 02/27/2013 | | SPU | DONNELLY, TIMOTHY | Coconut Creek Police Sgt. Curtis Cuddeback was arrested for Driving Under the Influence under 13-3775MM10A. |

## BS09217    CUNNINGHAM, GARRET

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 09/25/2013 | | SBU | DONNELLY, TIMOTHY | Broward Sheriff's Office Court Deputy Garrett Cunningham was arrested for Armed Kidnapping, Armed Sexual battery and Aggravated Assault. |

## SN01280    CURRLIN, NORMA

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 10/11/2012 | | SPU | NEWMAN, STEFANIE | Sunrise Police Department Evidence Tech Norma Currlin is the subject of an investigation regarding allegations of Official Misconduct under SP12-10-089. |

## BS08411    DALY, DELIA A

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 06/25/2012 | | SPU | ALCALDE, ADRIANA | Broward Sheriff's Office Deputy Delia Daly-England has been charged with one county of Battery under SP12-07-068/ 13-11316MM10A. |

REPORT: BRADYLIST

BRADY LIST FOR OFFICERS WITH    ALL    CCN NUMBER
ALL  CASES

### CS00829    DEGERDON, STEPHEN

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 02/19/2010 | | SPU | NEWMAN, STEFANIE | Coral Springs Officer Stephen Degerdon, has been charged with two (2) counts of misdemeanor Battery under case number 10-10952MM10A. On July 26, 2011, a Jury found him Guilty and he was sentenced to a withhold adjudication and 6 months of probation. |

### MM00197    DELOSRIOS, JUAN

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 06/10/2012 | | SPU | ALCALDE, ADRIANA | Miramar Police Captain Juan De Los Rios was charged with two (2) counts of Lewd and Lasc. Conduct under SP12-04-033/12-9704CF10A, on May 17, 2013, a Jury found him Guilty of one count and he was sentenced to 4 years Florida State Prison and 2000 Community Service Hours. |

### PL00122    DEROSA, JOSEPH

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 03/04/2010 | | SPU | DONNELLY, TIMOTHY | Plantation Police Officer Joseph DeRosa has been indicted by a Federal Grand Jury in reference to Conspiracy, Mail Fraud, Wire Fraud and False Statements. |

### FL01232    DICRISTOFALO, JACK

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 09/20/2013 | | HTU | ZACCOR, STEPHEN | Fort Lauderdale Police Officer Jack DiCristofalo is the subject of a Grand Jury Review wherein a person died as a result of police action. |

### FL01407    DODGE, BRIAN

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 04/08/2011 | | SPU | NEWMAN, STEFANIE | Fort Lauderdale Police Officer Brian Dodge has been charged with RICO, Kidnapping, Extortion, False Imprisionment, Official Misconduct and Grand theft under case number 11-18273CF10a /SP11-04-027. |

### BS13287    DOLINY, PATRICK

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 12/17/2012 | | SPU | SCHULSON, DAVID | Broward Sheriff's Office Civilian Employee Patrick Jean Doliny was charged with Falsifying Records and Misrepresentation of Academic Standards under SP12-12-106/13-6042. On May 13, 2013, he pled guilty and adjudication was withheld and he was placed on one (1) year probation. |

REPORT: BRADYLIST

BRADY LIST FOR OFFICERS WITH   ALL   CCN NUMBER
ALL CASES

## CK17837   DUNSAVAGE, MICHAEL

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 07/31/2006 | | SPU | HANLON, JOHN | Michael Dunsavage was convicted of Grand Theft and sentenced to Adjudication and 18 months of probation under case number 06-13604CF10A. |

## HW03258   EDGECOMB, DIIVORY

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 10/25/2013 | | SPU | OCASIO, IMABEL | Hollywood Police Officer DiIvory Edgecomb has been arrested and charged with two counts of DUI under case number 13-18599MM10A. |

## MG02723   EFERSTEIN, SAMUEL

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 08/12/2013 | | SPU | SCHULSON, DAVID | Margate Police Sgt. Samuel Eferstein is the subject of an investigation regarding allegations of Agg. Stalking under SP13-08-044. |

## PP00356   ELIAS, JASON

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 05/06/2013 | | HTU | CAVANAGH, BRIAN | Pembroke Pines Officer Jason Elias is the subject of a Grand Jury Review wherein a person died as a result of police action. |

## BS12095   FLOYD, CHARLES

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 08/03/2010 | | SPU | DONNELLY, TIMOTHY | Detention Deputy Charles Floyd has been convicted by Jury with Armed Kidnapping and Sexual Battery under case number 07-16773CF10a. He was adjudicated and sentenced to 30 years prison. |

## HW02657   FRANCISCO, JOEL

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 07/28/2009 | | SPU | DONNELLY, TIMOTHY | Joel Francisco has been charged with Official Misconduct, Conspiracy to Commit Official Misconduct, Falsifying Records and Conspiracy to Commit Falsifying Records under case number 10-10025CF10B.  He pled to two counts of Falsifying Records, adjudicated guilty and sentenced to 90 days Broward County Jail. |

## BS14908   FRANKEL, KEVIN

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 06/23/2008 | | SPU | DONNELLY, TIMOTHY | Kevin Frankel was arrested by the Federal Authorities for Conspiracy to Commit Extortion. |

REPORT: BRADYLIST

BRADY LIST FOR OFFICERS WITH    ALL   CCN NUMBER
ALL  CASES

### DV00846    GETEJANC, VALLY

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 02/04/2010 | | DVU | MURPHY, SARAHNELL | Officer Vally Getejanc was charged with Aggravated Battery under case number 09-3846CF10A, on November 14, 2011, he pled guilty and was adudicated and placed on 4 years probation. He was charged with Aggravated Assault under case number 09-5299CF10A, On April 27, 2010, a Jury found him Not Guilty of the charges. |

### BS05114    GILBERT, DONALD E

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 09/18/2013 | | SPU | DAVIS, NICKOLAUS  H | Broward Sheriff's Detention Deputy Donald Gilbert has been charged with one count of Petit Theft under case number 13-16719MM10a/SP13-09-050. |

### BS13299    GOMEZ, CARLOS

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 12/01/2013 | | HTU | RIBAS, ALBERTO | Broward Sheriff's Deputy Carlos Gomez is the subject of a Grand Jury Review wherein a person died as a result of police action. |

### OP01382    GOODBREAD, JOHN

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 04/11/2011 | | SPU | DONNELLY, TIMOTHY | Broward Sheriff's Deputy John Goodbread was arrested in Palm Beach County for the charge of Trafficking Oxycodone. |

### FL01705    GOWANS, DANIEL

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 08/20/2012 | | SPU | ALCALDE, ADRIANA | Fort Lauderdale Officer Daniel Gowans is the subject of an investigation regarding allegations of Falsifying Records under SP12-08-076. |

### BS08378    GRADY, CHARLES

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 02/06/2009 | | SPU | DONNELLY, TIMOTHY | Charles Grady was charged with two counts of Battery and sentenced to adjudication and 2 years of probation under case number 09-7521MM10A. |

### BS12444    GRZYB, MARCIN

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 06/25/2012 | | SPU | MAUS, CATHERINE | Broward Sheriff's Office Deputy Marcin Grzyb was charged with Unlawful Application/Disable Parking Permit and Official Misconduct under 12-10511CF10A/SP12-06-062. |

REPORT: BRADYLIST

BRADY LIST FOR OFFICERS WITH    ALL    CCN NUMBER
ALL CASES

### HW01893    HABERLAND, KENNETH

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 09/09/2013 | | SPU | KELLEY, RYAN | Hollywood Police Assistant Chief Kenneth Haberland is the subject of an Investigation regarding allegations of Offenses Against Intellectual Property under SP13-09-049. |

### HW02656    HARRISON, STEPHEN

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 02/23/2007 | | FTU | MARCUS, JEFF | Stephen Harrsion was sentenced to federal prison |

### LH00411    HARTLEY, FRANKLIN

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 06/18/2012 | | SPU | ALCALDE, ADRIANA | Lauderhill Police Officer Franklin Hartley is the subject of an investigation regarding allegations of Unlawful Compensation under SP12-06-059. |

### BS14616    HAYS, BRENDEN

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 09/25/2013 | | HTU | ZACCOR, STEPHEN | Broward Sheriff's Deputy Brenden Hays is the subject of a Grand Jury Review wherein a person died as a result of police action. |

### PP00554    HELMS, JAMES

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 09/18/2009 | | HTU | RIBAS, ALBERTO | Pembroke Pines Officer James Helms is the subject of a Grand Jury Review wherein a person died as a result of police action |

### FL01067    HENNESSEY, MICHAEL

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 01/30/2012 | | SPU | SCHULSON, DAVID | Fort Lauderdale Officer Michael Hennessey was adjudicated for one count of Falsifying Records. He was placed on 1 year administrative probation. under SP12-01-007/ 12-4079MM10A. See memo attached. |

### BS14539    HERNANDEZ, JUAN

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 11/25/2013 | | HTU | RIBAS, ALBERTO | Broward Sheriff's Office Deputy Juan Hernandez is the subject of a Grand Jury Review wherein a person died as a result of police action. |

### BS14019    HERRERA, RAY

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 10/21/2011 | | HTU | CAVANAGH, BRIAN | Broward Sheriff's Deputy Ray Herrera is the subject of a Grand Jury Review wherein a person died as a result of poilice action. |

REPORT: BRADYLIST

BRADY LIST FOR OFFICERS WITH     ALL     CCN NUMBER
ALL CASES

### FL01540     HERSH, JASON

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 12/22/2009 | | SPU | ALCALDE, ADRIANA | Jason Hersh has been charged by the State Attorney's Office with one count of Battery and two counts of Falsifying Records under case number 10-16393MM10a. Jason Hersh was Adjudicated for one count of Battery received 1 year probation. |

### BS08882     HICKOX, CHRISTOPHER R

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 09/25/2013 | | HTU | ZACCOR, STEPHEN | Broward Sheriff's Deputy Christopher Hickox is the subject of a Grand Jury Review wherein a person died as a result of police action. |

### BS15568     HOPKINS, TONI

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 11/25/2013 | | HTU | RIBAS, ALBERTO | Broward Sheriff's Office Deputy Toni Hopkins is the subject of a Grand Jury Review wherein a person died as a result of police action. |

### HD06076     HUBBERT, BRIAN

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 02/04/2013 | | HTU | ROSSMAN, GREGG | Hallandale Police Officer Brian Hubbert is the subject of a Grand Jury Review wherein a person died as a result of police action. |

### CS00732     HUGHES, MICHAEL

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 10/02/2013 | | SPU | DAVIS, NICKOLAUS H | Coral Springs Officer Michael Hughes is the subject of an investigation regarding allegations Theft under SP13-09-053. |

### OP01532     ISABELLA, JOSEPH

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 08/24/2004 | | SPU | ZIMET, DEBORAH | Joseph Isabella was charged with Falsifying Records and sentenced to adjudication and time served under case number 05-7334MM10A. |

### MM00325     JACOBI, JEANPAUL

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 07/28/2010 | | SPU | SCHULSON, DAVID | Miramar Police Officer Jean Jacobi has been convicted of Official Misconduct, Falsify Records, and Trepass under case number 11-2905CF10a. |

### LH00248     JAMES, CHRIS

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 01/06/2009 | 06/17/2010 | SPU | CAMACHO, JEANETTE | Chris James has pled to the charges of Insurance Fraud under case number 09-330CF10A He was placed on 24 months of Probation with a withheld adjudication. |

REPORT: BRADYLIST

BRADY LIST FOR OFFICERS WITH    ALL    CCN NUMBER
ALL CASES

## BS15485    JAYLEN, ZIVAHBERG

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 01/02/2013 | | DVU | ZACCOR, MARCIE | Detention Deputy Eva Weinberg was arrested and charged with one count of Aggravated Assault and one county of Battery under case number 12-18710CF10A. |

## WM00194    JORDAN, SCOTT J

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 05/21/2004 | | SPU | ZIMET, DEBORAH | During an investigation Scott Jordan admitted in a sworn statement on July 14, 2004, to Falsifying a Police Report. |

## BS15255    KNUTSEN, ERIK

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 05/07/2012 | | SPU | ZIMET, DEBORAH | Broward Sheriff's Deputy Erik Knutsen is the subject of an investigation regarding allegations of Official Misconduct under SP12-05-042. |

## FL01520    KOEPKE, BILLY

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 04/08/2011 | | SPU | NEWMAN, STEFANIE | Fort Lauderdale Police Officer Billy Koepke has been charged with RICO, Kidnapping, Extortion, False Imprisionment, Official Misconduct and Grand theft under case number 11-18274CF10A/ SP11-04-027. |

## BS07229    KOGOD, MITCHELL C

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 08/15/2012 | | SPU | SCHULSON, DAVID | Broward Sheriff's Office Sgt. Mitchell Kogod was charged with one count of Falsifying Records under 12--22012MM10a/SP12-08-074. He was adjudicated and sentenced to 1 year of mail in probation. |

## LH00397    LEGAKIS, EMMANUEL

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 03/25/2008 | | SPU | ZIMET, DEBORAH | Emmanuel Legakis was convicted by a jury of Official Misconduct and Falsifying Reports under case number 08-10171CF10B. |

## BS07924    LONG, JIMMIE C

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 06/24/2013 | | SPU | ALCALDE, ADRIANA | Detention Sgt. Jimmie Long is the subject of an investigation regarding allegations of Battery under SP13-06-034. |

REPORT: BRADYLIST

BRADY LIST FOR OFFICERS WITH   ALL   CCN NUMBER
ALL CASES

### BS11980      LOPEZ, GERARDO

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 09/25/2013 | | HTU | ZACCOR, STEPHEN | Broward Sheriff's Office Deputy Gerardo Lopez is the subject of a Grand Jury Review wherein a person died as a result of police action on August 23, 2013. |
| OPEN | 12/01/2013 | | HTU | RIBAS, ALBERTO | Broward Sheriff's Office Deputy Gerardo Lopez is the subject of a Grand Jury Review wherein a person died as a result of police action on July 18, 2013. |

### BS08287      LOSE, GREGORY A

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 01/17/2013 | | HTU | HOLDEN, PETER | Broward Sheriff's Deputy Gregory Lose is the subject of a Grand Jury Review wherein a person died as a result of police action. |

### LH00106      LUCAS, MICHAEL

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 12/23/2013 | | DVU | CARTER, SHARI | Lauderhill Police Sgt. Michael Lucas was arrested on December 10, 2013 for the charge of Domestic Violence Battery. |

### LH00443      MAGUIRE, MATTHEW

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 04/03/2013 | | HTU | CAVANAGH, BRIAN | Lauderhill Police Officer Matthew Maguire is the subject of a Grand Jury Review wherein a person died as a result of police action. |

### BS14122      MANTILLA-RIVEIRA, JUAN

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 09/25/2013 | | HTU | ZACCOR, STEPHEN | Broward Sheriff's Deputy Juan Mantilla is the subject of a Grand Jury Review wherein a person died as a result of police action. |

### BS13882      MARTI, SANDRA

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 09/25/2013 | | SPU | SCHULSON, DAVID | Broward Sheriff's Office Child Protection Investigator is the subject of an Investigation regarding allegations of Falsifying Official Records under SP13-09-052. |

### LH00449      MC CORMICK, EDWARD

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 04/03/2013 | | HTU | CAVANAGH, BRIAN | Lauderhill Police Officer edward McCormick is the subject of a Grand Jury Review wherein a person died as a result of police action. |

REPORT: BRADYLIST

BRADY LIST FOR OFFICERS WITH    ALL    CCN NUMBER
ALL CASES

### HW02120    MCBRIDE, MICHAEL

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 03/13/2013 | | HTU | RIBAS, ALBERTO | Hollywood Police Officer Michael McBride is the subject of a Grand Jury Review wherein a person died as a result of police action. |

### HW02015    MCCARTY, MICHAEL

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 03/26/2008 | | SPU | SCHULSON, DAVID | Michael McCarty was charged with Aggravated Assault and sentenced to a withhold adjudication and 3 years probation under case number 07-1174CF10A. |

### BS16038    MCCURRIE, FRANKLYN

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 03/10/2011 | | SPU | NEWMAN, STEFANIE | Deputy McCurrie's has been Indicted by a Grand Jury for Vehicular Homicide and four counts of Reckless Driving.  Case number 11-6457CF10A. |

### BS15903    MCDOWELL, CHRISTOPHER

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 01/25/2013 | | SPU | NEWMAN, STEFANIE | Broward Sheriff's Deputy Christopher McDowell was charged with one count of Petit Theft under 13-12528MM10A/SP13-01-004. |

### FL01212    MCELLIGOTT, DAVID

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 01/04/2012 | | SPU | DONNELLY, TIMOTHY | Fort Lauderdale Police Officer David McElligott has been charged federally with the charges of Wire Fraud under case number 12-60001. |

### BS05466    MCPARTLAND, THOMAS L

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 10/21/2011 | | HTU | CAVANAGH, BRIAN | Broward Sheriff's Sgt. Tom McPartland is the subject of a Grand Jury Review wherein a person died as a result of poilice action. |

### BS11625    MERCADO, NOEL

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 07/25/2012 | | HTU | TATE, SHARI | Broward Sheriff's Office Sgt. Noel Mercado is the subject of a Grand Jury Review wherein a person died as a result of police action. |

### LH00268    MERENDA, THOMAS

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 06/18/2012 | | SPU | ALCALDE, ADRIANA | Lauderhill Police Officer Thomas Merenda is the subject of an investigation regarding allegations of Unlawful Compensation under SP12-06-059. |

REPORT: BRADYLIST

BRADY LIST FOR OFFICERS WITH    ALL    CCN NUMBER
ALL CASES

### FL01262     MERKEL, ROBERT

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 03/26/2008 | | SPU | ZIMET, DEBORAH | Robert Merkel was convicted by a jury of Falsifying Records under case number 08-10170CF10A |

### BS13906     MESA, LAZARO

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 10/09/2012 | | SPU | MAUS, CATHERINE | Broward Sheriff's Deputy Lazaro Mesa is the subject of an Investigation under SP12-06-056. |

### BS14447     MILTON-BROWNER, CHERRALYN

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 05/17/2011 | | SPU | DONNELLY, TIMOTHY | Broward Sheriff's Office Employee Cherralyn Milton-Browner has been arrested by Federal Authorities. |

### FL01250     MOCARSKI, ROBERT

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 09/08/2010 | | SPU | DONNELLY, TIMOTHY | Officer Robert Mocarski was charged with Petit Theft under case number 11-3228MM10A and sentenced to an adjudication and 1 year probation. See memo attached. |

### BS08504     MOORE, WONZA S

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 05/24/2011 | | SPU | DAVIS, NICKOLAUS H | Detention Deputy Wonza Moore was charged with four counts of Introduce Contraband into Detention Facility, one count of Use of Two Way Device to Facilitate and Possession of Cannabis with Intent to Deliver/Sel under case number 11-8391CF10A. On November 5, 2013, the Defendant entered an open plea to the court. Judge Levenson imposed a sentence of 30 months of reporting probation, concurrent on all counts, the defendant was guilty of Possession of Contraband and a withhold adjudication of all remaining counts. See memo attached.<br><br>Off Brady : Detention Deputy Wonza Moore was charged with four counts of Introduce Contraband into Detention Facility, one count of Use of Two Way Device to Facilitate and Possession of Cannabis with Intent to Deliver/Sel under case number 11-8391CF10A. On November 5, 2013, the Defendant entered an open plea to the court. Judge Levenson imposed a sentence of 30 months of reporting probation, concurrent on all counts, the defendant was guilty of Possession of Contraband and a withhold adjudication of all remaining counts. See memo attached. |

REPORT: BRADYLIST

## BRADY LIST FOR OFFICERS WITH    ALL    CCN NUMBER
### ALL  CASES

### BS13459    MORGAN, WILLIAM(SONNY)

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 08/07/2013 | | MTC | MURPHY, SARAHNELL | Broward Sheriff's Deputy William Morgan has been charged with one count of Battery under case number 13-3296MM10A. |

### FL01602    MORRIS, ROBERT

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 08/08/2013 | | SPU | KELLEY, RYAN | Fort Lauderdale Officer Robert Morris is the subject of an Investigation regarding allegations of Excessive Use of Force under SP13-5-025. |

### CS00964    MUNOZ, PETER

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 09/30/2011 | | SPU | DONNELLY, TIMOTHY | Coral Springs Officer Peter Munoz has been charged in Miami-Dade County with DUI Vehicular Manslaughter under F11-25760. |

### BS15639    MURRAY-LAUN, PAMELA

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 08/19/2011 | | SPU | MAUS, CATHERINE | Broward Sheriff Detention Tech Pamela Murray-Laun has been charged with Insurance Fraud under 12-3596CF10A/SP11-08-067. |

### BS07974    O'FLAHERTY-LEWI, DEBORAH

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 08/08/2013 | | SPU | KELLEY, RYAN | Broward Sheriff's Office Employee Debbie O'Flaherty-Lewis is the subject of an Investigation regarding allegations of Extortion and Unlawful Compensation under SP13-08-041. |

### DV00603    OLENCHAK, STEPHEN

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 03/26/2009 | | SBU | WATSON, VICTORIA | Davie Police Officer Steven Olenchak is charged with Sexual Battery under case number 09-5742CF10A Refiled 12-3380CF10A. On May 15, 2013, a Jury found him guilty of lesser/Sex Battery. Adjudicated 3 years probation, 2 years Community Control. |

### BS08295    O'NEILL, KRISTY J

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 05/09/2012 | | SPU | NEWMAN, STEFANIE | Broward Sheriff's Sgt. Kristy Daly is the subject of an investigation regarding allegations of Official Misconduct under SP12-05-042. |

### HD06087    O'NEILL, STEPHEN

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 05/07/2012 | | SPU | DAVIS, NICKOLAUS  H | Broward Sheriff's Office Stephen O'Neill is the subject of an investigation regarding allegations of Tampering with Evidence under SP12-05-042. |

REPORT: BRADYLIST

BRADY LIST FOR OFFICERS WITH    ALL    CCN NUMBER
ALL CASES

### FH03200    ORJEDA, HENRY

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 11/14/2013 | | SPU | KELLEY, RYAN | Trooper Henry Orjeda is the subject of a review SP13-11-059, to determine whether he was justified in the discharge of his firearm. |

### SP03550    ORTIZ, JOAQUIN

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 12/06/2010 | 04/14/2011 | SPU | DONNELLY, TIMOTHY | Officer Joaquin Ortiz is currently under investigation. |
| | | | | | Off Brady : On April 13, 2011, Joaquin Ortiz pled to a charge of Falsifying Records. He was placed on 1 year probation and adjudication was withheld under case number 11-5740MM10a. See memo attached. |

### MM00396    OSORIO, XAVIER

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 10/22/2013 | | SPU | TATE, SHARI | Miramar Police Officer Xavier Osorio is the subject of a Grand Jury Review wherein a person died as a result of police action. |

### BS13660    OTTINGER, JAMES

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 06/14/2012 | 04/29/2013 | MTC | DONNELLY, TIMOTHY | Broward Sheriff's Office Deputy James Ottinger was arrested for Driving Under the Influence and Leaving the Scene of an Accident under 12-12263MM10A. On April 29, 2013, he pled to Reckless Driving and Leaving the Scene of an Accident, Adjudication was withheld. |

### BS13799    PASCOE, SALISIA D

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 12/20/2010 | 08/29/2011 | SPU | NEWMAN, STEFANIE | Salisia Pascoe has been charged with Introduction of Contraband in a Detention Facility and Unlaw use of Two Way Device under case number 10-21963CF10A/ SP10-12-110. On August 29, 2011, he was adjudicated, 10 days Broward County Jail, 2 years probation and 1 year Community Control. See Memo attached. |

### LH00436    PEARLMAN, RYAN

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 04/03/2013 | | HTU | CAVANAGH, BRIAN | Lauderhill Police Officer Ryan Pearlman is the subject of a Grand Jury Review wherein a person died as a result of police action. |

REPORT: BRADYLIST

BRADY LIST FOR OFFICERS WITH    ALL    CCN NUMBER
ALL CASES

---

**LH00390     PENA, ANDREW**

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 11/15/2010 | | SPU | ZIMET, DEBORAH | Officer Andrew Pena was charged with Faslifying Records under SP10-11-105/ 11-14100MM10A, On August 10, 2011, he pled Nolo, adjudication was withheld and he was ordered to pay restitution. See memo attached. |

**BS10777     PERAZA, PETER**

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 08/27/2013 | | HTU | RIBAS, ALBERTO | Broward Sheriff's Deputy Peter Peraza is the subject of a Grand Jury Review wherein a person died as a result of police action. |

**BS13639     PETRON, RICHARDSON**

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 05/02/2013 | | SPU | SCHULSON, DAVID | Detention Deputy Richardson Petron has been charged with Grand Theft under 13-6307CF10A/ SP13-05-024. |

**CS00752     PETROW, JOHN**

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 01/06/2014 | | SPU | SCHULSON, DAVID | Officer Petrow resigned from the Coral Springs Police Department amidst allegations of steroid use. |

**FL01762     PISANO, KEVIN**

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 12/05/2011 | | SPU | DONNELLY, TIMOTHY | Fort Lauderdale Officer Kevin Pisano was arrested for 2 counts of Armed Delivery of Oxycodone and 1 count of Possession of Hydrocodone under case number 11-19712CF10A. |

**BS15617     PLATEROTI, DOMINICK**

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 04/24/2012 | | SPU | DONNELLY, TIMOTHY | Broward Sheriff's Deputy Dominic Plateroit was arrested in West Palm Beach, Florida on March 19, 2012. |

**BS13908     PLETCHER, PAUL**

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 06/06/2011 | | SPU | ZIMET, DEBORAH | Broward Sheriff's Deputy Paul Pletcher has been charged with Burglary of Convey./Battery, Battery, Criminal Mischief and Petit Theft under 12-001558CF10A/ SP11-06-042. |

REPORT: BRADYLIST

BRADY LIST FOR OFFICERS WITH    ALL    CCN NUMBER
ALL CASES

---

**SP02983      PRAOLINI, ALEXANDRIA**

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 12/06/2010 | | SPU | SCHULSON, DAVID | On April 7, 2011, Officer Alexandria Praolini pled to the charge of Official Misconduct. She was placed on 3 years probation and a withheld adjudication under case number 11-5133CF10a. See memo attached. |

**HW01932      PRESSLEY, DEWEY**

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 07/28/2009 | | SPU | DONNELLY, TIMOTHY | Hollywood Police Officer Dewey Pressley was convicted of Falsifying Records under case number 10-10025CF10A. On January 13, 2011 he was sentenced to 90 Days Broward County Jail. |

**SN03579      RANSONE, DANIEL J**

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 07/14/2011 | | SPU | CAVANAGH, BRIAN | Sunrise Police Sgt. Daniel Ransone is the subject of a Grand Jury Review wherein a person died as a result of police action. |

**HW02346      REDDING, NORRIS**

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 09/09/2013 | | SPU | KELLEY, RYAN | Hollywood Police Major Norris Redding is the subject of an Investigation regarding allegations of Offenses Against Intellectual Property under SP13-09-049. |

**BS12353      REID, SACHINE**

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 04/02/2008 | | SPU | HOROWITZ, MICHAEL  A | Sachine Reid was convicted by a jury of the felonies of Organized Scheme to Defraud and Criminal use of Personal Identification. |

**FL01406      REYES, JORGE**

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 10/17/2008 | | SPU | DONNELLY, TIMOTHY | Officer Jorge Reyes was charged with Conspiracy/Money Laundering and sentenced to 18 months prison and 10 years probation in Miami-Dade County under case number F08-45892. |

**HW01635      ROBERTS, CHARLES**

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 04/19/2010 | | SPU | DONNELLY, TIMOTHY | Hollywood Police Lieutenant Charles Roberts was charged in a criminal complaint by the U.S. Attorney's Office with making material false statements to FBI agents. |

---

REPORT: BRADYLIST

BRADY LIST FOR OFFICERS WITH    ALL    CCN NUMBER
ALL CASES

### BS10688    ROBERTS, TIMOTHY

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 01/17/2013 | | HTU | HOLDEN, PETER | Broward Sheriff's Deputy Timothy Roberts is the subject of a Grand Jury Review wherein a person died as a result of police action. |

### BS09530    ROTELLA, JASON  P

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 12/02/2013 | | HTU | RIBAS, ALBERTO | Broward Sheriff's Deputy Jason Rotella is the subject of a Grand Jury Review wherein a person died as a result of police action. |

### BS13795    SAITO, RICHARD

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 09/25/2013 | | HTU | ZACCOR, STEPHEN | Broward Sheriff's Deputy Richard Saito is the subject of a Grand Jury Review wherein a person died as a result of police action. |

### DV00787    SANDERS, JONATHAN

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 05/19/2008 | | SPU | HOROWITZ, MICHAEL  A | Jonathan Sanders was charged with Unlawful Compensation and sentenced to a withhold adjudication, 90 days Broward County Jail and 3 years probation under case number 08-9135CF10A. |

### SN03669    SANTIAGO, JOSEPH

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 10/01/2013 | | SPU | SCHULSON, DAVID | Sunrise Police Officer Joseph Rodriguez-Santiago was given an Notice to Appear for the charges of Possession of Marijuana and Drug Paraphernalia. |

### IF22188    SCHIAFFO, GARY

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 01/19/2010 | | SPU | MAUS, CATHERINE | Gary Schiaffo was charged and sentenced to 3 years probation and ordered to pay restitution under case number 10-6982CF10a. |

### BS10195    SILVA, MANUEL

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 10/02/2009 | | SPU | DONNELLY, TIMOTHY | Broward Sheriff's Detective Manuel Silva was charged with Armed Extortion, Unlawful Compensation, Bribery, Money Laundering, Grand Theft and Possession of Oxycodone under case number 09-18669CF10A |

### HW01475    SIMCOX, THOMAS

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 02/23/2007 | | FTU | MARCUS, JEFF | Thomas Simcox was sentenced to federal prison |

REPORT: BRADYLIST

BRADY LIST FOR OFFICERS WITH    ALL    CCN NUMBER
ALL CASES

## BS08361    SIMMONS, SHARON

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 09/06/2011 | 05/30/2012 | SPU | NEWMAN, STEFANIE | Sharon Simmons was charged with False Official Statements under 12-1739MM10A/SP11-09-069. On May 30, 2012, defendat was adjudicated and placed on one (1) year probation. See memo attached.<br><br>Off Brady : Sharon Simmons was charged with False Official Statements under 12-1739MM10A/SP11-09-069. On May 30, 2012, defendat was adjudicated and placed on one (1) year probation. See memo attached. |

## BS09531    SINGSTOCK, CAROL A

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 09/11/2011 | 09/11/2011 | SPU | DONNELLY, TIMOTHY | Broward Sheriff's Deputy Carol Singstock was charged and pled to Leaving the Scene of an Accident under case number 11-39685TC10A. On September 19, 2011, the defendant pled Nolo and adjudication was withheld and Restitution was reserved. |

## PP00646    SMITH, GAVIN

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 04/05/2011 | | HTU | ROSSMAN, GREGG | Pembroke Pines Police Officer Gavin Smith is the subject of a Grand Jury Review wherein a person died as a result of police action. |

## MM00420    SMITH, TIFFANY

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 10/22/2013 | | SPU | TATE, SHARI | Miramar Police Officer Tiffany Smith is the subject of a Grand Jury Review wherein a person died as a result of police action. |

## HW03154    STABILE, ALFRED

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 05/09/2013 | | SPU | ALCALDE, ADRIANA | Hollywood Police Detective Alfred Stabile is the subject of an investigation regarding allegations of Battery under SP13-05-029. |

## BS11847    STANLEY, GREGORY

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 09/18/2009 | | SPU | MAUS, CATHERINE | Broward Sheriff's Deputy Gregory Stanley is the subject of a Grand Jury Review wherein a person died as a result of police action. |

REPORT: BRADYLIST

BRADY LIST FOR OFFICERS WITH    ALL    CCN NUMBER
ALL  CASES

### BS12576    TARALA, JASON

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 11/25/2013 | | HTU | RIBAS, ALBERTO | Broward Sheriff's Office Sgt. Jason Tarala is the subject of a Grand Jury Review wherein a person died as a result of police action. |

### BS09495    TAUBER, RICHARD V

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 06/23/2008 | | SPU | DONNELLY, TIMOTHY | Richard Tauber was arrested by the Federal Authorities |

### BS06761    THOMAS, GLYNES M

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 11/16/2009 | | SPU | SCHULSON, DAVID | Glynes Thomas is the subject of an investigation regarding an allegation of Perjury. |

### LH00475    VEITCH, GLENFORD

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 01/30/2013 | | SPU | ZIMET, DEBORAH | Lauderhill Police Officer Glenford Veitch was charged with One county of Falsifying Records and one count of Discharge Firearm in Public under 13-11803MM10A/ SP13-01-006. |

### HD06204    VELEZ, JOHN

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 03/02/2010 | | SPU | DONNELLY, TIMOTHY | John Velez has been indicted by a Federal Grand Jury in reference to Conspiracy, Mail Fraud, Wire Fraud and False Statements. |

### PP00647    WAGNER, HEATH

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 02/02/2010 | | HTU | RIBAS, ALBERTO | Pembroke Pines Officer Heath Wagner is the subject of a Grand Jury Review wherein a person died as a result of police action. |

### BS15781    WALKER, KIARA

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 12/20/2010 | | SPU | NEWMAN, STEFANIE | Kiara Walker has been charged with Introduce Contraband in Detention facility and Unlawful Use of Two Way Device under case number 10-22181CF10A refiled to 12-9712CF10A. On April 11, 2013, she pled and was sentenced to withhold adjudication and one (1) year of community control followed by two (2) years of probation. |

REPORT: BRADYLIST

BRADY LIST FOR OFFICERS WITH    ALL    CCN NUMBER
ALL CASES

### BS15145    WEST, TAVARES

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 06/27/2011 | | SPU | NEWMAN, STEFANIE | Detention Deputy Tavares West was arrested Introduce Contraband into Detention Facility, Possession of Cocaine and Official Misconduct under case number 11-10634CF10A. |

### PL00207    WETZEL, AMY

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 05/22/2012 | | ECU | FRANKLIN, ANDREW | Plantation Police Officer Amy Wetzel was charged with one (1) county of Insurance Fraud under 12-14962Cf10A. On October 18, 2012, he pled Guilty and adjudication was withheld with 5 hours community service hours and surrender her Law Enforcement Certification. |

### BS14545    WILLIAMS, CLINT

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 07/30/2013 | | SPU | KELLEY, RYAN | Broward Sheriff's Deputy Clint Williams is the subject of an investigation regarding allegations of Battery/Excessive Force under SP13-07-037. |

### CS00143    WILLIAMS, DOUGLAS

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 10/02/2013 | | SPU | DAVIS, NICKOLAUS H | Coral Springs Officer Douglas Williams is the subject of an investigation regarding allegations Theft under SP13-09-053. |

### CS00543    WILLIAMS, SHERRY

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 10/02/2013 | | SPU | DAVIS, NICKOLAUS H | Coral Springs Officer Sherry Williams is the subject of an investigation regarding allegations Theft under SP13-09-053. |

### CS00848    WILLIAMSON, CRISTINA R

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 09/26/2011 | | SPU | ZIMET, DEBORAH | Coral Springs Officer Cristina Williamson was charged with 3 counts of Falsifying Records under 12-14555MM10A/ SP11-09-075. |

### BS15233    WIMBERLEY, DAVID

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 08/09/2010 | 05/04/2012 | SPU | ALCALDE, ADRIANA | Deputy David Wimberley has been charged with Falsifying Records under 12-1529MM10A/ SP10-08-074. on May 4, 2012, a jury found him Guilty of 2 counts of False Records, he was adjudicated and sentenced to 30 days Broward County Jail, followed by 12 months probation and 50 hours of community service. See memo attached. |

REPORT: BRADYLIST

BRADY LIST FOR OFFICERS WITH    ALL    CCN NUMBER
ALL CASES

### BS10740    WOODDELL, BRENT

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 09/22/2011 | | SPU | ALCALDE, ADRIANA | Broward Sheriff's Deputy Brent Wooddell was charged with Grand Theft, Official Misconduct, Tampering with Evidence, Delivery of a Controlled Substance and Falsifying Records under 11-15838CF10a/ SP11-09-074.  On February 27, 2013, a jury found him guilty of 1 county of False Reocrds, he was sentenced to 330 day Time served. |

### BS04761    WRIGHT, ERIC E

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 01/04/2012 | | SPU | MAUS, CATHERINE | Broward Sheriff's Deputy Eric Wright is the subject of an investigation regarding allegations of theft under SP11-05-039. |

### BS08100    ZAPATA, CHRISTIAN A

| Inv Status | From Date | To Date | Unit | ASA Name | Comments |
|---|---|---|---|---|---|
| OPEN | 07/27/2004 | | SPU | ZIMET, DEBORAH | During an investigation Christian Zapata admitted to Falsifying a Police Report. |