UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

<u>COURTROOM MINUTES</u>

The Honorable James I. Cohn Presiding

Case No. <u>15-60968-CIV-COHN/SELTZER</u>   Date <u>11/13/2015</u>

Clerk  <u>K. Sahni</u>    Reporter  <u>K. Shires</u>

Case Title <u>Young v. Peraza, et al.</u>

Plaintiff's Counsel   <u>David I. Schoen and Eric Bluestein</u>

Defendants' Counsel  <u>Daniel Lee Losey</u>

Type of Hearing   <u>Hearing on Motion to Dismiss and Motion to Strike</u>

Result of Hearing   <u>The Court heard oral arguments from both parties on Defendants' Motion to Dismiss Count I of Amended Complaint, Subsection "(Denial of Adequate, Meaning, Free, Effective Access to the Courts and Conspiracy to Deny the Same)" [DE 37] and Motion to Strike Factual Allegations Against Broward County State Attorney's Office and Broward County Medical Examiner's Office Contained on Pages 28-31 of Amended Complaint [DE 38]. The Court **DENIED** Defendants' Motion to Strike [DE 38] for reasons stated at the hearing and **RESERVED** ruling on Defendants' Motion to Dismiss [DE 37] with a written order to follow.</u>

Time <u>50 minutes</u>